# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ANDRE KYLES and DIANE TAYLOR, on behalf of themselves and all others similarly situated, | CASE NO. 1:19-cv-00483-CFC |
| Plaintiffs, | |
| v. | |
| STEIN MART , INC., a Florida corporation, | **JURY TRIAL DEMANDED** |
| and | |
| SOCIAL ANNEX, INC. (d/b/a, ANNEX CLOUD), a Delaware corporation, | |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Ande Kyles and Diane Taylor ("Plaintiffs") move for the entry of the Proposed Preliminary Approval Order submitted herewith, which seeks the preliminarily approval of a proposed class action settlement (the "Settlement") and certification of a proposed settlement class (the "Settlement Class") as explained therein.

1.     The terms of the Settlement are set forth in the Settlement Agreement dated March 19, 2020, attached as Exhibit 1.

2.     The relief sought in this Motion is supported by the Declaration of Benjamin F. Johns, attached as Exhibit 2, which includes as exhibits the proposed forms of notice, and by Plaintiffs' Brief in Support of their Unopposed Motion for Preliminary Approval of the Class Action Settlement filed contemporaneously herewith.

3.      Defendants Stein Mart, Inc. ("Stein Mart") and Social Annex, Inc. (d/b/a Annex Cloud) ("Annex") (collectively, "Defendants") do not oppose the relief requested in this motion.

4.      A Proposed Order granting the relief requested in this motion is attached hereto as Exhibit 3.

WHEREFORE, Plaintiffs request that the Court enter the proposed Preliminary Approval Order.

Dated: March 19, 2020                    Respectfully submitted,

                                         /s/ Tiffany J. Cramer
                                           Tiffany J. Cramer (Del. Bar No. 4998)
                                           CHIMICLES SCHWARTZ KRINER
                                             & DONALDSON-SMITH LLP
                                           2711 Centerville Road, Suite 201
                                           Wilmington, DE 19801
                                           (302) 656-2500
                                           tjc@chimicles.com

                                           Benjamin F. Johns (*admitted pro hac vice*)
                                           Mark B. DeSanto (*admitted pro hac vice*)
                                           CHIMICLES SCHWARTZ KRINER
                                             & DONALDSON-SMITH LLP
                                           One Haverford Centre
                                           361 Lancaster Avenue
                                           Haverford, PA 19041
                                           (610) 642-8500
                                           bfj@chimicles.com
                                           mbd@chimicles.com

                                           Cornelius P. Dukelow (*admitted pro hac vice*)
                                           Oklahoma Bar No. 19086
                                           Abington Cole + Ellery
                                           320 South Boston Avenue, Suite 1130
                                           Tulsa, Oklahoma 74103
                                           918.588.3400 (*telephone & facsimile*)
                                           cdukelow@abingtonlaw.com
                                           www.abingtonlaw.com

                                           *Counsel for Plaintiffs and the Putative Class*

2