## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDE KYLES and DIANE TAYLOR, on behalf of themselves and all others similarly situated, | CASE NO. 1:19-cv-00483-CFC |
| Plaintiffs, | |
| v. | **CLASS ACTION** |
| STEIN MART , INC., a Florida corporation, | **JURY TRIAL DEMANDED** |
| and | |
| SOCIAL ANNEX, INC. (d/b/a, ANNEX CLOUD), a Delaware corporation, | |
| Defendants. | |

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for August 19, 2020 at 2:30 p.m., Plaintiffs will move the Court to enter (1) the Proposed Order filed contemporaneously herewith granting the instant Unopposed Motion for Final Approval of the Class Action Settlement; and (2) the Final Judgment filed contemporaneously herewith.

**PLEASE FURTHER NOTE** that Plaintiffs will rely on the Brief, Declaration of the Claims Administrator, and other related materials in support of this motion, filed contemporaneously herewith.

**PLEASE FURTHER NOTE** that Defendants do not oppose this motion.

Dated: June 25, 2020                    Respectfully submitted,

                                        /s/ Tiffany J. Cramer
                                           Tiffany J. Cramer (Del. Bar No. 4998)
                                           CHIMICLES SCHWARTZ KRINER
                                             & DONALDSON-SMITH LLP
                                           2711 Centerville Road, Suite 201
                                           Wilmington, DE 19801
                                           (302) 656-2500
                                           tjc@chimicles.com

                                        Benjamin F. Johns (*admitted pro hac vice*)
                                        Mark B. DeSanto (*admitted pro hac vice*)
                                        CHIMICLES SCHWARTZ KRINER
                                          & DONALDSON-SMITH LLP
                                        One Haverford Centre
                                        361 Lancaster Avenue
                                        Haverford, PA 19041
                                        (610) 642-8500
                                        bfj@chimicles.com
                                        mbd@chimicles.com

                                        Cornelius P. Dukelow (*admitted pro hac vice*)
                                        Oklahoma Bar No. 19086
                                        Abington Cole + Ellery
                                        320 South Boston Avenue, Suite 1130
                                        Tulsa, Oklahoma 74103
                                        918.588.3400 (*telephone & facsimile*)
                                        cdukelow@abingtonlaw.com
                                        www.abingtonlaw.com

                                        *Counsel for Plaintiffs and the Putative Class*

                                        2